**WOLF HALDENSTEIN ADLER**
    **FREEMAN & HERZ LLP**
BETSY C. MANIFOLD (182450)
manifold@whafh.com
MARISA C. LIVESAY (223247)
livesay@whafh.com
BRITTANY N. DEJONG (258766)
dejong@whafh.com
750 B Street, Suite 2770
San Diego, CA  92101
Telephone:     (619) 239-4599
Facsimile:     (619) 234-4599

**LAW OFFICES OF JOHN M. KELSON**
JOHN M. KELSON (75462)
kelsonlaw@sbcglobal.net
483 Ninth Street, Suite 200
Oakland, CA  94607
Telephone:   (510) 465-1326
Facsimile:   (510) 465-0871

**JERRY K. CIMMET** (33731)
Attorney at Law
cimlaw@me.com
1001 Bayhill Drive, Suite 200
San Bruno, CA 94066
Telephone:   (650) 866-4700
Cell:        (650) 619-1301

Attorneys for Plaintiffs Tillman Pugh, Margaret Sulkowski, Roy Reese and the California Class

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| TILLMAN PUGH, MARGARET SULKOWSKI, DAVID HENDERSON and ROY REESE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>METLIFE, INC., METROPOLITAN LIFE INSURANCE COMPANY, METLIFE RESOURCES, INC., METLIFE SECURITIES, INC. and DOES 1 THROUGH 100, inclusive,<br><br>Defendants. | Case No. 4:18-cv-01506-YGR<br><br>**NOTICE OF PENDENCY OF OTHER ACTION**<br><br>**(L.R. 3-13)**<br><br>Judge:    Hon. Yvonne Gonzalez Rogers<br>Courtroom:  1 - 4th Floor<br>            Oakland Courthouse |

PLEASE TAKE NOTICE pursuant to Civil Local Rule 3-13 that this action, which was originally filed in the Superior Court for the County of Alameda and was removed to this Court on March 8, 2018 (the "*Pugh* action"), involves a material part of the same subject matter and substantially the same party defendants as another action pending in a New York state court.

(1) The New York state court action was brought by Gary Slavin, Denise Horsford and Nancy Esposito, Plaintiffs, individually and on behalf of others similarly situated, against Metropolitan Life Insurance Company, MetLife, Inc., MSI Financial Services, Inc. (f/k/a MetLife Securities, Inc. MetLife Securities, Inc.) and MetLife Group, Inc., Defendants (the "*Slavin* action"). Plaintiffs in the *Slavin* action, like the Plaintiffs in the *Pugh* action, were employed by Defendants as Financial Services Representatives ("FSRs") to sell and/or assist in the selling and/or market and/or assist in marketing securities and other financial products to the public. Plaintiffs in both the *Slavin* and the *Pugh* actions allege that during the Class Periods, Defendants have had a consistent policy of, among other things, (1) making improper deductions from the earned and paid commissions of Plaintiffs and the other Class Members and requiring cash contributions to be made back to Defendants for commissions previously paid and for claimed customer losses by Defendants' customers; (2) requiring Plaintiffs and the other Class Members to pay/and or otherwise suffer deductions from their commissions to pay other agents/employees of Defendants for their services to the clients; (3) failing to reimburse or otherwise indemnify Plaintiffs and the other Class Members for their reasonable business expenses and losses incurred in discharging their duties. Plaintiffs in the *Slavin* action also allege causes of action for unjust enrichment and for injunctive relief.

(2) The title and location of the Court in which the *Slavin* action is pending is *Gary Slavin, Denise Horsford and Nancy Esposito, Plaintiffs, individually and on behalf of all others similarly situated, v. Metropolitan Life Insurance Company, MetLife, Inc., MSI Financial Services, Inc. (f/k/a MetLife Securities, Inc. MetLife Securities, Inc.) and MetLife Group, Inc.*, Supreme Court of the State of New York, County of New York, Index No. 656905/2017.

(3) (A) As set forth above, the *Slavin* action is related to the *Pugh* action because it is brought against the same or related defendants alleging similar or identical causes of action;

(B) No transfer or MDL is appropriate, since the *Slavin* action is not pending in another U.S. District Court;

(C) Discovery and motion proceedings could possibly be coordinated to avoid conflicts, conserve resources and promote efficiency and Plaintiffs' counsel are willing to discuss these issues with defendants' counsel, Morgan, Lewis & Bockius, LLP, who represent the defendants in both the *Pugh* and *Slavin* actions to determine if a plan can be agreed upon to submit to the respective courts.

Dated: March 21, 2018

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
BETSY C. MANIFOLD (182450)
MARISA C. LIVESAY (223247)
BRITTANY N. DEJONG (258766)

By  *S/Betsy C. Manifold*
       BETSY C. MANIFOLD

Attorneys for Plaintiffs Tillman Pugh, Margaret Sulkowski, Roy Reese, and the California Class

Additional counsel for Plaintiffs:

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
JEFFREY G. SMITH (133113)
smith@whafh.com
MARK C. RIFKIN
rifkin@whafh.com
270 Madison Ave., 10th Floor
New York, NY  10016
Telephone:   (212) 545-4762
Facsimile:    (212) 545-4653