1  UNITED STATES DISTRICT COURT
2  NORTHERN DISTRICT OF CALIFORNIA

TILLMAN PUGH, ET AL.,

    Plaintiffs,

    v.

METLIFE, INC., et al.,

    Defendants.

Case No. 18-cv-01506-YGR

**CASE MANAGEMENT AND PRETRIAL ORDER**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| NON-EXPERT DISCOVERY CUTOFF: | April 1, 2019 |
| DISCLOSURE OF EXPERT REPORTS: ALL EXPERTS, RETAINED AND NON-RETAINED MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B): | Opening: May 1, 2019<br>Rebuttal: June 3, 2019 |
| EXPERT DISCOVERY CUTOFF: | June 28, 2019 |
| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS TO BE HEARD BY: | September 3, 2019 [filed 7/30/19] |
| PLAINTIFF TO FILE CLASS CERTIFICATION MOTION | March 1, 2019 |
| OPPOSITION FILED | May 3, 2019 |
| REPLY FILED | June 3, 2019 |
| HEARING ON CLASS CERTIFICATION MOTION | June 21, 2019 |

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

**IT IS SO ORDERED.**

Dated: May 9, 2018

_____
YVONNE GONZALEZ ROGERS
United States District Judge