**WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP**
BETSY C. MANIFOLD (182450)
MARISA C. LIVESAY (223247)
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599

**THE LAW OFFICES OF JOHN M. KELSON**
JOHN M. KELSON (75462)
483 Ninth Street, Suite 200
Oakland, CA 94607
Telephone: (510) 465-1326
Facsimile: (510) 465-0871

**JERRY K. CIMMET** (33731)
Attorney at Law
1380 East Avenue
Building 124, #322
Chico, CA 95926
Telephone: (650) 619-1301
Facsimile: (650) 456-2100

*Attorneys for Plaintiffs*

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
9/4/2019

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TILLMAN PUGH, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, et al.,<br><br>Defendants. | Case No. 18-cv-01506-YGR<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>[Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii)]<br><br>JUDGE: Hon. Yvonne Gonzalez Rogers<br>CTRM: 1, 4th Floor |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Tillman Pugh, Margaret Sulkowski and David Henderson (collectively referred to herein as "Plaintiffs") and Defendants Metropolitan Life Insurance Company and MetLife Resources, Inc. (collectively, "Defendants") (Plaintiffs and Defendants are referred to collectively herein as "Parties"), by and through their counsel, stipulate as follows:

WHEREAS, on January 30, 2018, Plaintiffs filed a complaint in the Superior Court of the State of California, in and for the County of Alameda (the "Complaint"), which alleged causes of action for: (1) Failure to Reimburse Expenses and/or Prohibited Cash Bond; (2) Prohibited Wage Chargebacks; (3) Unlawful Failure to Provide Itemized Wage Statements; (4) Unlawful Failure to Pay Wages on Termination; (5) Unlawful Underpayment of Wages; (6) Unlawful Untimely Payment of Wages; (7) Private Attorneys General Act; and (8) Unfair Business Practices;

WHEREAS, on March 8, 2018, Defendants filed their Answer, concurrently with a Notice of Removal to the United States District Court for the Northern District of California in the above-captioned matter, in which they denied the material allegations of the Complaint and asserted numerous affirmative defenses thereto;

WHEREAS, following mediation, the Parties have agreed to a settlement of their dispute (hereafter, the "Settlement");

WHEREAS, this Notice of Dismissal is being filed with the Court before service of either a motion for summary judgment or a motion to certify a class; and

WHEREAS, pursuant to the Parties' Settlement, this lawsuit is to be dismissed in its entirety with prejudice as to the named Plaintiffs, both in their individual capacities and as potential representatives of any class[1];

---

[1] This action has not been certified as a class, and no motion for certification has been filed. Notice of this settlement and dismissal will be sent to all known putative class members, who also will be given an opportunity to settle expense reimbursement and wage deduction claims they may believe they have against Defendants. While individual putative class members may voluntarily settle and release any claims they may have, no putative class member will be bound by operation of or by this dismissal as to their individual claims.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties through their undersigned counsel, that:

Plaintiffs' claims in the above-entitled action shall be, and hereby are, DISMISSED in their entirety with prejudice as to each and every one of their individual claims and as representatives of any class, and this action is dismissed with prejudice. Each party shall bear his, her or its own attorneys' fees and costs, except as otherwise provided in the Parties' Settlement.

DATED: August 30, 2019

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

*/s/ Betsy C. Manifold*
BETSY C. MANIFOLD

BETSY C. MANIFOLD (182450)
MARISA C. LIVESAY (223247)
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
JEFFREY G. SMITH (133113)
MARK C. RIFKIN
270 Madison Ave.
New York, NY 10016
Telephone: (212) 545-4762
Facsimile: (212) 545-4653

**THE LAW OFFICES OF JOHN M. KELSON**
JOHN M. KELSON (75462)
483 Ninth Street, Suite 200
Oakland, CA 94607
Telephone: (510) 465-1326
Facsimile: (510) 465-0871

**JERRY K. CIMMET (33731)**
Attorney at Law
1380 East Avenue
Building 124, #322
Chico, CA 95926

Telephone: (650) 619-1301
Facsimile: (650) 456-2100

*Attorneys for Plaintiffs Tillman Pugh, Margaret Sulkowski and David Henderson*

DATED: August 30, 2019      **MORGAN, LEWIS & BOCKIUS LLP**

*/s/ Carrie A. Gonell*
CARRIE A. GONELL

CARRIE A. GONELL (257163)
600 Anton Boulevard, Suite 1800
Costa Mesa, CA 92626-7653
Telephone: (949) 399-7160
Facsimile: (949) 399-7001

*Attorneys for Defendants*

### DECLARATION REGARDING CONCURRENCE

I, Betsy C. Manifold, am the ECF user whose identification and password are being used to file this STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Carrie A. Gonell has concurred in this filing.

DATED: August 30, 2019      WOLF HALDENSTEIN ADLER
                                                FREEMAN & HERZ LLP

*/s/ Betsy C. Manifold*
BESTY C. MANIFOLD

25565v8